ALLEN v. EFIRD

No. 437P96

Case below: 123 N.C.App. 701

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 March 1997.

ALT v. JOHN UMSTEAD HOSPITAL

No. 45P97

Case below: 125 N.C.App. 193

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 March 1997.

BISHOP v. MEMORIAL MISSION HOSPITAL

No. 420P96

Case below: 123 N.C.App. 784

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 March 1997. Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 March 1997.

BULLARD v. TIME INS. CO.

No. 77P97

Case below: 124 N.C.App. 669

Motion by defendant (Time Ins.) to dismiss petition for writ of certiorari allowed 4 March 1997.

CITY OF CHARLOTTE v. AIRPORT CENTER LTD. PART.

No. 463P96

Case below: N.C.App. 228

Petition by defendant (Airport Center) for discretionary review pursuant to G.S. 7A-31 denied 6 March 1997.